# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**Abrahim Bush Abrahim Manago,**

                **Petitioner,**

  v.                                                         Case No. 25-3183-JWL

**Crystal Carter, Ricardo Wong, Todd Lyons,
Kristi Noem, Pamela Bondi,**

                **Respondents.**

## JUDGMENT IN A CIVIL CASE

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)**    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **granted**. Respondents shall release petitioner from custody, subject to an appropriate order of supervision, by **October 17, 2025**, and shall provide notice to this Court when that release is effected.

Entered on the docket 10/7/2025

 **Dated:  October 7, 2025**              **SKYLER B. O'HARA
                                                        CLERK OF THE DISTRICT COURT**

                                                          s/J. Lolley_____
                                                          **Deputy Clerk**